1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:     (415) 552-6031
8       Facsimile:     (415) 436-7234
        Patricia.Spaletta@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,        )   No. CR 10-00069 WHA
                                      )
17 |     Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER
                                      )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18 |     v.                           )
                                      )
19 | MANUEL ALBERTO MALDONADO-        )
        LOPEZ,                        )
20                                    )
         Defendant.                   )
21

22

23      On February 16, 2010, the parties in this case appeared before the Court.  At that time,

24 counsel for the defendant requested a continuance.  The Court continued the matter to March 9,

25 2010.  The parties agreed to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

26 from February 16, 2010 to March 9, 2010, in light of the need for defense counsel to review

27 discovery and to conduct further investigation.

28

STIP. & [PROPOSED] ORDER EXCLUDING TIME
MALDONADO-LOPEZ, CR 10-00069 WHA                                                              1

1  SO STIPULATED:

3                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

5  DATED: February 16, 2010        /s/
                                           PATRICIA SPALETTA
6                                          Assistant United States Attorney

8  DATED: February 16, 2009        /s/
                                           RITA BELLE BOSWORTH

10     Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from February 16, 2010 to March 9, 2010 would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from February 16, 2010 to March 9, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time from February 16, 2010 to March 9, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv)..

20  SO ORDERED.

22  DATED: February 18, 2010
                                           THE HONORABLE
                                           United States District Judge

    *[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" stamp signed by Judge William Alsup]*

STIP. & [PROPOSED] ORDER EXCLUDING TIME
MALDANADO-LOPEZ, CR 10-00069 WHA                                                    2