JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 552-6031
    Facsimile:      (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00069 WHA |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| ) | |
| v. ) | |
| ) | |
| MANUEL ALBERTO MALDONADO-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

    On March 9, 2010, the parties in this case appeared before the Court.  At that time, the Court permitted counsel to withdraw and continued the matter for appointment of new counsel. The matter has been continued to the Magistrate's docket on March 11, 2010 for appointment of new counsel.  The Court agreed to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 9, 2010 to March 11, 2010, in light of the need to grant defense counsel's pre-trial motion and continue the matter to appoint new defense counsel.

[PROPOSED] ORDER EXCLUDING TIME
MALDONADO-LOPEZ, CR 10-00069 WHA      1

1  //

JOSEPH P. RUSSONIELLO
United States Attorney

6  DATED: March 9, 2010                    /s/
PATRICIA SPALETTA
Assistant United States Attorney

10   Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from March 9, 2010 to March 11, 2010 would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 9, 2010 to March 11, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from March 9, 2010 to March 11, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: March 10, 2010.

THE HONORABLE WILLIAM ALSUP
United States District Court

*IT IS SO ORDERED — Judge William Alsup (signed)*