JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 552-6031
    Facsimile:     (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00069 WHA |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| MANUEL ALBERTO MALDONADO-LOPEZ, | |
| Defendant. | |

    On March 23, 2010, the parties in this case appeared before the Court.  At that time, the Court granted newly appointed counsel a continuance for effective preparation.  The matter has been continued to April 13, 2010.  The Court agreed to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 23, 2010 to April 13, 2010, in light of the need to grant newly appointed defense counsel a continuance for effective preparation.

//

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| DATED: March 25, 2010 | _____/s/_____<br>PATRICIA SPALETTA<br>Special Assistant United States Attorney |
| DATED: March 25, 2010 | _____/s/_____<br>ISMAIL RAMSEY<br>Attorney for the Defendant |

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from March 23, 2010 to April 13, 2010 would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 23, 2010 to April 13, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from March 23, 2010 to April 13, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: March 26, 2010.

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

*IT IS SO ORDERED — Judge William Alsup* (stamp, United States District Court, Northern District of California)

[PROPOSED] ORDER EXCLUDING TIME
MALDANADO-LOPEZ, CR 10-00069 WHA                                              2